# Exhibit A

# United States of America

## United States Patent and Trademark Office

# ALI

**Reg. No. 3,778,473**

**Registered Apr. 20, 2010**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: TOYS, GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR; BENDABLE TOY FIGURINES; PLUSH TOYS; STUFFED TOYS; PUPPETS; INFLATABLE VINYL TOY FIGURES; DOLLS, DOLL CLOTHING AND ACCESSORIES THEREFOR; PAPER DOLLS, PRINTED PAPER DOLL CLOTHING AND ACCESSORIES THEREFOR; TOY PLASTIC DISHES; COSTUME MASKS; TOY JEWELRY; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; COIN-OPERATED PINBALL MACHINES; TOY MODEL HOBBYCRAFT KITS; EQUIPMENT SOLD AS A UNIT FOR PLAYING BOARD GAMES, PARLOR AND SKILL AND ACTION-TYPE GAMES; BOXED JIGSAW PUZZLES; JIGSAW PUZZLES SOLD AS UNITS IN THEIR ASSEMBLED FORM; HAND-HELD MANIP- ULATIVE PUZZLES; CARD GAMES; SELF-ERASING TOY WRITING AND DRAWING BOARD DEVICE INTENDED FOR TEMPORARILY RECEIVING WRITTEN AND/OR DRAWN IMPRESSIONS; YO-YO'S; TOY BANKS; TOY BUILDING BLOCKS; BATH TUB TOYS; KITES; FLYING DISKS; BALLOONS; RIDE-ON TOYS; TOY TRICYCLES AND BICYCLES; TOY VEHICLES; SKATEBOARDS; ROLLER SKATES; CASES FOR PLAY ACCESSORIES; BOXING GLOVES; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 1-31-2009; IN COMMERCE 1-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR- TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,683,909, 2,736,931, AND 2,845,065.

SN 77-178,578, FILED 5-11-2007.

JACLYN KIDWELL WALKER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# ALI

**Reg. No. 4,031,813**
**Registered Sep. 27, 2011**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 4-0-2010; IN COMMERCE 4-0-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,683,909 AND 2,845,065.

THE NAME SHOWN IN THE MARK IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 77-002,437, FILED 9-19-2006.

ANDREA BUTLER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,683,909

Registered Feb. 4, 2003

# TRADEMARK
## PRINCIPAL REGISTER

## ALI

ALI, MUHAMMAD (UNITED STATES INDIVI-
DUAL)
8105 KEPHART LANE
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING, NAMELY, TOPS, TANK TOPS,
SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS,
SWEATERS, JACKETS, COATS, VESTS, BOTTOMS,
PANTS, TROUSERS, JEANS, SWEATPANTS,
SHORTS, ROMPERS, JUMPSUITS, OVERALLS,
JUMPERS, UNITARDS, LEOTARDS, UNDER-
WEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS,
ROBES, FOOTWEAR, SHOES, BOOTS, SANDALS,

SLIPPERS, SLIPPER SOCKS, SOCKS, BANDANNAS,
MUFFLERS, CAPS AND HATS, HEADBANDS,
BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN
AND MASQUERADE COSTUMES AND MASKS
SOLD IN CONNECTION THEREWITH, IN CLASS
25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2001; IN COMMERCE 12-17-2001.

SN 75-400,962, FILED 12-5-1997.

LINDA POWELL, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

United States Patent and Trademark Office

Reg. No. 2,845,065
Registered May 25, 2004

# TRADEMARK
## PRINCIPAL REGISTER

## ALI

ALI, MUHAMMAD (UNITED STATES INDIVI-
 DUAL)
C/O GREATEST OF ALL TIME, INC.
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

 FOR: GAMES AND PLAYTHINGS, NAMELY,
ACTION FIGURES AND ACCESSORIES THERE-
FOR; BENDABLE TOY FIGURINES; PLUSH TOYS;
STUFFED TOYS; PUPPETS; INFLATABLE VINYL
TOY FIGURES; DOLLS, DOLL CLOTHING AND
ACCESSORIES THEREFOR; PAPER DOLLS, PRIN-
TED PAPER DOLL CLOTHING AND ACCESSORIES
THEREFOR; TOY PLASTIC DISHES; COSTUME
MASKS; TOY JEWELRY; HAND-HELD UNIT FOR
PLAYING ELECTRONIC GAMES; COIN-OPER-
ATED PINBALL MACHINES; TOY MODEL HOBBY-
CRAFT KITS; EQUIPMENT SOLD AS UNITS FOR
PURPOSES OF PLAYING BOARD, PARLOR AND
SKILL AND ACTION-TYPE GAMES; BOXED JIG-
SAW PUZZLES; JIGSAW PUZZLES SOLD AS UNITS
IN THEIR ASSEMBLED FORM; HAND-HELD MA-
NIPULATIVE PUZZLES; CARD GAMES; SELF-
ERASING TOY WRITING AND DRAWING BOARD
DEVICE INTENDED FOR TEMPORARILY RECEIV-
ING WRITTEN AND/OR DRAWN IMPRESSIONS;
MARBLES; YO-YO'S; TOY GLIDERS AND TOY
GUNS WHICH PROJECT SAID GLIDERS; SEW-
ING/LACING PLAY ACTIVITY CARDS; TOY
BANKS; TOY BUILDING BLOCKS; BATH TUB
TOYS; KITES; FLYING DISKS; BALLOONS; RIDE-
ON TOYS; TOY TRICYCLES AND BICYCLES; TOY
VEHICLES; SKATEBOARDS; ROLLERSKATES;
CASES FOR PLAY ACCESSORIES; BOXING
GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

 FIRST USE 8-15-2001; IN COMMERCE 8-15-2001.

 SN 75-400,963, FILED 12-5-1997.

 LINDA POWELL, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# CASSIUS CLAY

**Reg. No. 3,779,469**
**Registered Apr. 20, 2010**

**Int. Cls.: 25 and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING, NAMELY, BATHING SUITS, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS, SWEATERS, JACKETS, COATS, VESTS, BOTTOMS, PANTS, TROUSERS, JEANS, SWEATPANTS, LEGGINGS, SHORTS, SKORTS, ROMPERS, JUMPSUITS, OVERALLS, SKIRTS, DRESSES, JUMPERS, UNITARDS, LEOTARDS, TIGHTS, BRAS, UNDERWEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SHOES, BOOTS, SANDALS, SLIPPERS, SLIPPER SOCKS, SOCKS, HOSIERY, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2009; IN COMMERCE 4-30-2009.

FOR: PLAYING CARDS; GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR; BENDABLE TOY FIGURINES; PLUSH TOYS; STUFFED TOYS; PUPPETS; INFLATABLE VINYL TOY FIGURES; DOLLS, DOLL CLOTHING AND ACCESSORIES THEREFOR; PAPER DOLLS, PRINTED PAPER DOLL CLOTHING AND ACCESSORIES THEREFOR; TOY PLASTIC DISHES; COSTUME MASKS; TOY JEWELRY; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; COIN-OPERATED PINBALL MACHINES; TOY MODEL HOBBYCRAFT KITS; EQUIPMENT SOLD AS UNITS FOR PURPOSES OF PLAYING BOARD, PARLOR AND SKILL AND ACTION-TYPE GAMES; BOXED JIGSAW PUZZLES; JIGSAW PUZZLES SOLD AS UNITS IN THEIR ASSEMBLED FORM; HAND-HELD MANIPULATIVE PUZZLES; CARD GAMES; SELF-ERASING TOY WRITING AND DRAWING BOARD DEVICE INTENDED FOR TEMPORARILY RECEIVING WRITTEN AND/OR DRAWN IMPRESSIONS; TOY BANKS; TOY BUILDING BLOCKS; BATH TUB TOYS; KITES; FLYING DISKS; BALLOONS; CASES FOR PLAY ACCESSORIES; BOXING GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 7-31-2006; IN COMMERCE 7-31-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "CASSIUS CLAY", WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

SN 77-978,819, FILED 4-4-2008.

THEODORE MCBRIDE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# FLOAT LIKE A BUTTERFLY, STING LIKE A BEE

**Reg. No. 4,071,330**
**Registered Dec. 13, 2011**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: PLAYING CARDS; GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR; BENDABLE TOY FIGURINES; PLUSH TOYS; STUFFED TOYS; PUPPETS; INFLATABLE VINYL TOY FIGURES; DOLLS, DOLL CLOTHING AND ACCESSORIES THEREFOR; PAPER DOLLS, PRINTED PAPER DOLL CLOTHING AND ACCESSORIES THEREFOR; TOY PLASTIC DISHES; COSTUME MASKS; TOY JEWELRY; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; COIN-OPERATED PINBALL MACHINES; TOY MODEL HOBBY CRAFT KITS; EQUIPMENT SOLD AS UNITS FOR PURPOSES OF PLAYING BOARD, PARLOR AND SKILL AND ACTION-TYPE GAMES; BOXED JIGSAW PUZZLES; JIGSAW PUZZLES SOLD AS UNITS IN THEIR ASSEMBLED FORM; HAND-HELD MANIPULATIVE PUZZLES; CARD GAMES; SELF-ERASING TOY WRITING AND DRAWING BOARD DEVICE INTENDED FOR TEMPORARILY RECEIVING WRITTEN AND/OR DRAWN IMPRESSIONS; MARBLES; YO-YO'S; TOY BANKS; TOY BUILDING BLOCKS; BATH TUB TOYS; KITES; FLYING DISKS; BALLOONS; RIDE-ON TOYS; TOY TRICYCLES AND BICYCLES; TOY VEHICLES; SKATEBOARDS; ROLLER SKATES; CASES FOR PLAY ACCESSORIES; BOXING GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1997; IN COMMERCE 12-31-1997.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-970,537, FILED 9-8-2006.

MAYUR VAGHANI, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## FLOAT LIKE A BUTTERFLY, STING LIKE A BEE

**Reg. No. 3,895,589**
**Registered Dec. 21, 2010**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

FOR: ADDRESS BOOKS, PHOTO ALBUMS, AUTOGRAPH BOOKS, PAPER BAGS, BALL POINT PENS, PAPER BANNERS, BLANK NOTE CARDS, POSTER BOARDS, BULLETIN BOARDS, CHILDREN'S BOOKS, COLORING BOOKS, COOK BOOKS, EXERCISE BOOKS, PICTURE BOOKS, SERIES OF FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, SERIES OF NON-FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, CALENDARS, GIFT CARDS, GREETING CARDS, PEN AND PENCIL CASES, DAILY PLANNERS, DECALS, PAPER PARTY DECORATIONS, DESK SETS, DIARIES, ERASERS, FILE CARDS, GIFT WRAPPING PAPER, BLANK WRITING JOURNALS, MAGAZINES FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SHEET MUSIC; NEWSLETTERS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, DESK PADS, PAINTING SETS, WRITING PAPER, FOUNTAIN PENS, PENCILS, POSTCARDS, SCRAPBOOKS, POSTERS, STATIONERY, STICKERS, PAPER TAPE, TRADING CARDS AND WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-29-2008; IN COMMERCE 2-29-2008.

FOR: CLOTHING, NAMELY, BATHING SUITS, SWIMWEAR, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, SWEATERS, JACKETS, COATS, RAINWEAR, VESTS, PANTS, JEANS, SWEATPANTS, LEGGINGS, SHORTS, OVERALLS, SKIRTS, BLOUSES, DRESSES, JUMPERS, UNDERWEAR, SLEEPWEAR, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SOCKS, SCARVES, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MAS-QUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-2008; IN COMMERCE 1-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-981,201, FILED 9-8-2006.

ANDREA BUTLER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,775,910
Registered Oct. 21, 2003

## TRADEMARK
### PRINCIPAL REGISTER

# GREATEST OF ALL TIME

ALI, MUHAMMAD (UNITED STATES INDIVIDUAL)
C/O GREATEST OF ALL TIME, INC.
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING CONCERNING OR DEPICTING INDICIA RELATED TO THE SPORT OF BOXING, NAMELY, BATHING SUITS, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS, SWEATERS, JACKETS, COATS, VESTS, BOTTOMS, PANTS, TROUSERS, JEANS, SWEATPANTS, LEGGINGS, SHORTS, SKORTS, ROMPERS, JUMPSUITS, OVERALLS, SKIRTS, DRESSES, JUMPERS, UNITARDS, LEOTARDS, TIGHTS, BRAS, UNDERWEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SHOES, BOOTS, SANDALS, SLIPPERS, SLIPPER SOCKS, SOCKS, HOSIERY, BANDANNAS, NECKERCHIEVES, HANDKERCHIEFS, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2001; IN COMMERCE 12-17-2001.

SEC. 2(F).

SN 75-400,934, FILED 12-5-1997.

LINDA POWELL, EXAMINING ATTORNEY



# United States of America

## United States Patent and Trademark Office

## MUHAMMAD ALI

**Reg. No. 3,772,766**
Registered Apr. 6, 2010

**Int. Cl.: 21**

**TRADEMARK**
**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CUPS AND MUGS; COFFEE CUPS, TEA CUPS AND MUGS; GLASS MUGS; LUNCH BOXES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2008; IN COMMERCE 12-31-2008.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,736,931.

THE NAME "MUHAMMAD ALI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT
IS OF RECORD.

SN 77-613,635, FILED 11-13-2008.

KHANH LE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# MUHAMMAD ALI

**Reg. No. 3,732,734**
Registered Dec. 29, 2009

**Int. Cls.: 16 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: ADDRESS BOOKS, PHOTO ALBUMS, AUTOGRAPH BOOKS, PAPER BAGS, BALL POINT PENS, PAPER BANNERS, BLANK NOTE CARDS, POSTER BOARDS, BULLETIN BOARDS, CHILDREN'S BOOKS, COLORING BOOKS, COOK BOOKS, EXERCISE BOOKS, PICTURE BOOKS, SERIES OF FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, SERIES OF NON-FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, CALENDARS, GIFT CARDS, GREETING CARDS, PEN AND PENCIL CASES, DAILY PLANNERS, DECALS, PAPER PARTY DECORATIONS, DESK SETS, DIARIES, ERASERS, FILE CARDS, GIFT WRAPPING PAPER, BLANK WRITING JOURNALS, MAGAZINES FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SHEET MUSIC; NEWSLETTERS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, DESK PADS, PAINTING SETS, WRITING PAPER, FOUNTAIN PENS, PENCILS, POSTCARDS, SCRAPBOOKS, POSTERS, STATIONERY, STICKERS, PAPER TAPE, TRADING CARDS AND WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2000; IN COMMERCE 12-31-2000.

FOR: PLAYING CARDS; GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND ACCESSORIES THEREFOR; BENDABLE TOY FIGURINES; PLUSH TOYS; STUFFED TOYS; PUPPETS; INFLATABLE VINYL TOY FIGURES; DOLLS, DOLL CLOTHING AND ACCESSORIES THEREFOR; PAPER DOLLS, PRINTED PAPER DOLL CLOTHING AND ACCESSORIES THEREFOR; TOY PLASTIC DISHES; COSTUME MASKS; TOY JEWELRY; HAND-HELD UNIT FOR PLAYING ELECTRONIC GAMES; COIN-OPERATED PINBALL MACHINES; TOY MODEL HOBBYCRAFT KITS; EQUIPMENT SOLD AS UNITS FOR PURPOSES OF PLAYING BOARD, PARLOR AND SKILL AND ACTION-TYPE GAMES; BOXED JIGSAW PUZZLES; JIGSAW PUZZLES SOLD AS UNITS IN THEIR ASSEMBLED FORM; HAND-HELD MANIPULATIVE PUZZLES; CARD GAMES; SELF-ERASING TOY WRITING AND DRAWING BOARD DEVICE INTENDED FOR TEMPORARILY RECEIVING WRITTEN AND/OR DRAWN IMPRESSIONS; TOY BANKS; TOY BUILDING BLOCKS; BATH TUB TOYS; KITES; FLYING DISKS; BALLOONS; CASES FOR PLAY ACCESSORIES; BOXING GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-30-2006; IN COMMERCE 6-30-2006.



THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,736,931.

Director of the United States Patent and Trademark Office

**Reg. No. 3,732,734**     THE NAME "MUHAMMAD ALI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 77-976,558, FILED 9-19-2006.

ANDREA BUTLER, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# MUHAMMAD ALI

**Reg. No. 3,897,550**

**Registered Dec. 28, 2010**

**Int. Cl.: 14**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,736,931.

THE NAME "MUHAMMAD ALI" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT
IS OF RECORD.

SN 77-002,452, FILED 9-19-2006.

ANDREA BUTLER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

## MUHAMMAD ALI

**Reg. No. 3,968,626**
**Registered May 31, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING, NAMELY, BATHING SUITS, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS, SWEATERS, JACKETS, COATS, VESTS, BOTTOMS, PANTS, TROUSERS, JEANS, SWEATPANTS, LEGGINGS, SHORTS, SKORTS, ROMPERS, JUMPSUITS, OVERALLS, SKIRTS, DRESSES, JUMPERS, UNITARDS, LEOTARDS, TIGHTS, BRAS, UNDERWEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SHOES, BOOTS, SANDALS, SLIPPERS, SLIPPER SOCKS, SOCKS, HOSIERY, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-1-2001; IN COMMERCE 12-17-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 3,732,734 AND 3,765,398.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "MUHAMMAD ALI", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

SER. NO. 77-970,022, FILED 3-26-2010.

AMY ALFIERI, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# MUHAMMAD ALI

**Reg. No. 5,904,910**

**Registered Nov. 05, 2019**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Muhammad Ali Enterprises LLC  (CALIFORNIA LIMITED LIABILITY COMPANY)
1411 Broadway, 4th Floor
New York, NEW YORK 10018

CLASS 3: Antiperspirants; Bath crystals; Bath oil; Body wash; Eau de toilette and eau de cologne; Essential oils; Facial scrubs; Massage oils; Non-medicated bath preparations; Perfumery; Shower and bath gel; Skin cleansers; Personal deodorants

FIRST USE 12-31-2017; IN COMMERCE 12-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 88-158,371, FILED 10-17-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

**Reg. No. 3,779,463**

**Registered Apr. 20, 2010**

**Int. Cls.: 9, 16, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: DOWNLOADABLE WALLPAPER, RINGTONES, AND VIDEO GAMES FOR MOBILE PHONES; MOBILE PHONE ACCESSORIES, NAMELY, FACE PLATES AND CELL PHONE COVERS; PRE-RECORDED VIDEO CASSETTES, AUDIO TAPES, CDS AND DVDS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SUNGLASSES; COMPUTER GAME SOFTWARE AND ONLINE DOWNLOADABLE COMPUTER GAME PROGRAMS; VIDEO GAME SOFTWARE; VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-31-2005; IN COMMERCE 10-31-2005.

FOR: ADDRESS BOOKS, PHOTO ALBUMS, AUTOGRAPH BOOKS, PAPER BAGS, BALL POINT PENS, PAPER BANNERS, BLANK NOTE CARDS, POSTER BOARDS, CHILDREN'S BOOKS, COLORING BOOKS, COOK BOOKS, EXERCISE BOOKS, PICTURE BOOKS, SERIES OF FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, SERIES OF NON-FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, CALENDARS, GIFT CARDS, GREETING CARDS, PEN AND PENCIL CASES, DAILY PLANNERS, DECALS, PAPER PARTY DECORATIONS, DESK SETS, DIARIES, ERASERS, FILE CARDS, GIFT WRAPPING PAPER, BLANK WRITING JOURNALS, MAGAZINES FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SHEET MUSIC; NEWSLETTERS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, DESK PADS, ARTS AND CRAFT PAINT KITS, WRITING PAPER, FOUNTAIN PENS, PENCILS, POSTCARDS, SCRAPBOOKS, POSTERS, STATIONERY, STICKERS, PAPER TAPE, TRADING CARDS AND WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 2-28-2009; IN COMMERCE 2-28-2009.

FOR: CLOTHING, NAMELY, BATHING SUITS, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS, SWEATERS, JACKETS, COATS, VESTS, BOTTOMS, PANTS, TROUSERS, JEANS, SWEAT PANTS, LEGGINGS, SHORTS, SKORTS, ROMPERS, JUMPSUITS, OVERALLS, SKIRTS, DRESSES, JUMPERS, UNITARDS, LEOTARDS, TIGHTS, BRAS, UNDERWEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SHOES, BOOTS, SANDALS, SLIPPERS, SLIPPER SOCKS, SOCKS, HOSIERY, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

*Director of the United States Patent and Trademark Office*

**Reg. No. 3,779,463**  FIRST USE 8-30-2009; IN COMMERCE 8-30-2009.

FOR: PLAYING CARDS; GAMES AND PLAYTHINGS, NAMELY, ACTION FIGURES AND
ACCESSORIES THEREFOR; BENDABLE TOY FIGURINES; PLUSH TOYS; STUFFED TOYS;
PUPPETS; INFLATABLE VINYL TOY FIGURES; DOLLS, DOLL CLOTHING AND ACCESSOR-
IES THEREFOR; PAPER DOLLS, PRINTED PAPER DOLL CLOTHING AND ACCESSORIES
THEREFOR; TOY PLASTIC DISHES; COSTUME MASKS; TOY JEWELRY; HAND-HELD
UNIT FOR PLAYING ELECTRONIC GAMES; COIN-OPERATED PINBALL MACHINES;
TOY MODEL HOBBYCRAFT KITS; EQUIPMENT SOLD AS UNITS FOR PURPOSES OF
PLAYING BOARD, PARLOR AND SKILL AND ACTION-TYPE GAMES; BOXED JIGSAW
PUZZLES; JIGSAW PUZZLES SOLD AS UNITS IN THEIR ASSEMBLED FORM; HAND-
HELD MANIPULATIVE PUZZLES; CARD GAMES; SELF-ERASING TOY WRITING AND
DRAWING BOARD DEVICE INTENDED FOR TEMPORARILY RECEIVING WRITTEN
AND/OR DRAWN IMPRESSIONS; TOY BANKS; TOY BUILDING BLOCKS; BATH TUB
TOYS; KITES; FLYING DISKS; BALLOONS; CASES FOR PLAY ACCESSORIES; BOXING
GLOVES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 6-30-2008; IN COMMERCE 6-30-2008.

OWNER OF U.S. REG. NO. 2,736,931.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES
"MUHAMMAD ALI", WHOSE CONSENT(S) TO REGISTER IS SUBMITTED.

THE MARK CONSISTS OF "MUHAMMAD ALI'S" SIGNATURE.

SN 77-978,789, FILED 4-15-2008.

THEODORE MCBRIDE, EXAMINING ATTORNEY

Int. Cls.: 25 and 41

Prior U.S. Cls.: 22, 39, 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,617,708
Registered May 5, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## RUMBLE IN THE JUNGLE

MUHAMMAD ALI ENTERPRISES LLC (CALI-
FORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING, NAMELY, BATHING SUITS,
SWIMWEAR, TOPS, TANK TOPS, SHIRTS, T-
SHIRTS, SWEATSHIRTS, SWEATERS, JACKETS,
COATS, RAINWEAR, VESTS, PANTS, JEANS,
SWEATPANTS, LEGGINGS, SHORTS, OVERALLS,
SKIRTS, BLOUSES, DRESSES, JUMPERS, UNDER-
WEAR, SLEEPWEAR, PAJAMAS, ROBES, NIGHT-
GOWNS, FOOTWEAR, SOCKS, SCARVES,
BANDANNAS, NECKERCHIEVES, MUFFLERS,
CAPS AND HATS, HEADBANDS, GLOVES, BELTS,
SUSPENDERS, CLOTH BIBS; HALLOWEEN AND
MASQUERADE COSTUMES AND MASKS SOLD IN
CONNECTION THEREWITH, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 1-3-2002; IN COMMERCE 1-3-2002.

FOR: ENTERTAINMENT IN THE NATURE OF
BOXING CONTESTS AND EVENTS; ENTERTAIN-
MENT SERVICES, NAMELY, PERSONAL APPEAR-
ANCES BY A CELEBRITY AND SPORTS STAR,
THEATER PRODUCTIONS, CONDUCTING ATH-
LETIC COMPETITIONS, AND ONGOING TELEVI-
SION PROGRAMS FEATURING ATHLETES,
CELEBRITIES AND PUBLIC FIGURES; EDUCA-
TIONAL DEMONSTRATIONS INCLUDING MUSE-
UMS AND MULTI-MEDIA EXHIBITS;
PRODUCTION AND DISTRIBUTION OF MOTION
PICTURES; PROVIDING MOTIVATIONAL AND
EDUCATIONAL SPEAKERS; RECORD PRODUC-
TION; VIDEOTAPE PRODUCTION; PRODUCTION
OF RADIO AND TELEVISION PROGRAMS; SPORT
CAMPS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-30-2005; IN COMMERCE 11-30-2005.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-981,007, FILED 9-8-2006.

ANDREA BUTLER, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

RUMBLE IN THE JUNGLE

**Reg. No. 3,982,443**
**Registered June 21, 2011**

**Int. Cls.: 9 and 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: DOWNLOADABLE WALLPAPER, RINGTONES, AND VIDEO GAMES FOR MOBILE PHONES; MOBILE PHONE ACCESSORIES, NAMELY, FACE PLATES AND CELL PHONE COVERS; PRE-RECORDED VIDEO CASSETTES, AUDIO TAPES, CDS AND DVDS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SUNGLASSES; COMPUTER GAME SOFTWARE AND ONLINE DOWNLOADABLE COMPUTER GAME PROGRAMS; VIDEO GAME SOFTWARE; VIDEO GAME DISCS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-1990; IN COMMERCE 12-31-1990.

FOR: ADDRESS BOOKS, PHOTO ALBUMS, AUTOGRAPH BOOKS, PAPER BAGS, BALL POINT PENS, PAPER BANNERS, BLANK NOTE CARDS, POSTER BOARDS, BULLETIN BOARDS, CHILDREN'S BOOKS, COLORING BOOKS, COOK BOOKS, EXERCISE BOOKS, PICTURE BOOKS, SERIES OF FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, SERIES OF NON-FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, CALENDARS, GIFT CARDS, GREETING CARDS, PEN AND PENCIL CASES, DAILY PLANNERS, DECALS, PAPER PARTY DECORATIONS, DESK SETS, DIARIES, ERASERS, FILE CARDS, GIFT WRAPPING PAPER, BLANK WRITING JOURNALS, MAGAZINES FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SHEET MUSIC; NEWSLETTERS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, DESK PADS, PAINTING SETS, WRITING PAPER, FOUNTAIN PENS, PENCILS, POSTCARDS, SCRAPBOOKS, POSTERS, STATIONERY, STICKERS, PAPER TAPE, TRADING CARDS AND WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 1-31-2009; IN COMMERCE 1-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,617,708.

SN 78-981,340, FILED 9-8-2006.

ANDREA BUTLER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# RUMBLE, YOUNG MAN, RUMBLE

**Reg. No. 4,250,390**
**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CLOTHING, NAMELY, BATHING SUITS, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, CARDIGANS, SWEATERS, JACKETS, COATS, VESTS, BOTTOMS, PANTS, TROUSERS, JEANS, SWEAT PANTS, LEGGINGS, SHORTS, SKORTS, ROMPERS, JUMP-SUITS, OVERALLS, SKIRTS, DRESSES, JUMPERS, UNITARDS, LEOTARDS, TIGHTS, BRAS, UNDERWEAR, SLEEPWEAR, SLEEP SHIRTS, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SHOES, BOOTS, SANDALS, SLIPPERS, SLIPPER SOCKS, SOCKS, HOSIERY, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MASQUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2009; IN COMMERCE 12-31-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SN 77-792,569, FILED 7-29-2009.

JEFFREY LOOK, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# THE GREATEST

**Reg. No. 4,105,881**

**Registered Feb. 28, 2012**

**Int. Cl.: 21**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
BOX 160
BERRIEN SPRINGS, MI 49103

FOR: CUPS AND MUGS; COFFEE CUPS, TEA CUPS AND MUGS; DRINKING GLASSES AND GLASS MUGS; LUNCH BOXES, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 7-31-2011; IN COMMERCE 7-31-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

"THE GREATEST" IDENTIFIES THE NICKNAME OF MUHAMMAD ALI, A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 77-613,669, FILED 11-13-2008.

KHANH LE, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

## THE GREATEST OF ALL TIME

**Reg. No. 3,935,776**
**Registered Mar. 22, 2011**

**Int. Cls.: 16 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

MUHAMMAD ALI ENTERPRISES LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
P.O. BOX 160
BERRIEN SPRINGS, MI 49103

FOR: ADDRESS BOOKS, PHOTO ALBUMS, AUTOGRAPH BOOKS, PAPER BAGS, BALL POINT PENS, PAPER BANNERS, BLANK NOTE CARDS, POSTER BOARDS, BULLETIN BOARDS, CHILDREN'S BOOKS, COLORING BOOKS, COOK BOOKS, EXERCISE BOOKS, PICTURE BOOKS, SERIES OF FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, SERIES OF NON-FICTION BOOKS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, CALENDARS, GIFT CARDS, GREETING CARDS, PEN AND PENCIL CASES, DAILY PLANNERS, DECALS, PAPER PARTY DECORATIONS, DESK SETS, DIARIES, ERASERS, FILE CARDS, GIFT WRAPPING PAPER, BLANK WRITING JOURNALS, MAGAZINES FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES; SHEET MUSIC; NEWSLETTERS FEATURING OR ASSOCIATED WITH ATHLETES, CELEBRITIES AND PUBLIC FIGURES, DESK PADS, PAINTING SETS, WRITING PAPER, FOUNTAIN PENS, PENCILS, POSTCARDS, SCRAPBOOKS, POSTERS, STATIONERY, STICKERS, PAPER TAPE, TRADING CARDS AND WRITING PADS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 12-31-2003; IN COMMERCE 12-31-2003.

FOR: CLOTHING, NAMELY, BATHING SUITS, SWIMWEAR, TOPS, TANK TOPS, SHIRTS, T-SHIRTS, SWEATSHIRTS, SWEATERS, JACKETS, COATS, RAINWEAR, VESTS, PANTS, JEANS, SWEATPANTS, LEGGINGS, SHORTS, OVERALLS, SKIRTS, BLOUSES, DRESSES, JUMPERS, UNDERWEAR, SLEEPWEAR, PAJAMAS, ROBES, NIGHTGOWNS, FOOTWEAR, SOCKS, SCARVES, BANDANNAS, NECKERCHIEVES, MUFFLERS, CAPS AND HATS, HEADBANDS, GLOVES, BELTS, SUSPENDERS, CLOTH BIBS; HALLOWEEN AND MAS-QUERADE COSTUMES AND MASKS SOLD IN CONNECTION THEREWITH, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-2009; IN COMMERCE 11-30-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,775,910.

SN 78-981,342, FILED 9-8-2006.

ANDREA BUTLER, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office