# Exhibit B

Exhibit B - Screenshot URLs

| Platform | Seller Name | PDF Location |
|---|---|---|
| AliExpress | 235 TipTop Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/235TipTopStore-20250411192409827.pdf |
| Temu | A flower for men | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Aflowerformen-20250404174929819.pdf |
| Temu | ABKIQJXB | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/ABKIQJXB-20250411174014990.pdf |
| Ebay | abodejoy | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/abodejoy-20250404221119931.pdf |
| Temu | Adore Happy | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/AdoreHappy-20250409202629993.pdf |
| Temu | Ageunitywear | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Ageunitywear-20250408180255168.pdf |
| Temu | Ah Le Clothes Shop Three | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/AhLeClothesShopThree-20250408181656860.pdf |
| Alibaba | AHRAN INDUSTRIES | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/AHRANINDUSTRIES-20250407133305108.pdf |
| Temu | AKJHVDJE | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/AKJHVDJE-20250404175059943.pdf |
| AliExpress | Ali MEIMEI Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/AliMEIMEIStore-20250411171538621.pdf |
| AliExpress | ALIEX PREESS B119 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/ALIEXPREESSB119Store-20250404150742571.pdf |
| Temu | Allllllllllllllllllllllllllllllllllllllllllllll | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Allllllllllllllllllllllllllllllllllllllllllllllllllllll-20250411193648382.pdf |
| Temu | Allllllllllllllllllllllllllllllllllllllllllll | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Allllllllllllllllllllllllllllllllllllllllllllllllll-20250404174136054.pdf |
| Temu | Ant Creative | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/AntCreative-20250409203843232.pdf |
| AliExpress | Ao Figure Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/AoFigureStore-20250407161648853.pdf |
| Temu | Artful pbn ART | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/ArtfulpbnART-20250408184604881.pdf |
| Temu | ASDDSASA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/ASDDSASA-20250409204510492.pdf |
| Temu | AttireAlchemy | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/AttireAlchemy-20250409204028630.pdf |
| Temu | AZMUOUTOP | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/AZMUOUTOP-20250404180023222.pdf |
| AliExpress | Babaite Simple Case 308 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/BabaiteSimpleCase308Store-20250410133230022.pdf |
| AliExpress | Babaite Simple Case 308 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/BabaiteSimpleCase308Store-20250410134304619.pdf |
| Ebay | Babite | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/Babite-20250409193002529.pdf |
| Temu | Badxiaodian | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Badxiaodian-20250408175516625.pdf |
| AliExpress | Bathing Bear Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/BathingBearStore-20250407155906647.pdf |
| Temu | BBBBWanxin | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/BBBBWanxin-20250410171401751.pdf |
| Temu | Bfqiushunlaibaihuo | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Bfqiushunlaibaihuo-20250407194853394.pdf |
| AliExpress | BNNV2 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/BNNV2Store-20250404150344969.pdf |
| AliExpress | BNNV2 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/BNNV2Store-20250407161021731.pdf |
| AliExpress | BNNV2 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/BNNV2Store-20250407161338353.pdf |
| AliExpress | Boutique Clothing SB1 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/BoutiqueClothingSB1Store-20250407155657289.pdf |
| Ebay | Build the World-y | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/BuildtheWorldy-20250409194210444.pdf |
| Temu | C910418'shop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/C910418shop-20250404180131303.pdf |
| Temu | C910418'shop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/C910418shop-20250408141114282.pdf |
| Temu | Captain STUDIO | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/CaptainSTUDIO-20250407195142840.pdf |
| Temu | CH Tshirt | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/CHTshirt-20250411174743374.pdf |
| Temu | championshipringshop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/championshipringshop-20250409201311136.pdf |
| Ebay | changy62 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/changy62-20250404220927684.pdf |
| Temu | chenaihua | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/chenaihua-20250411174147134.pdf |
| Temu | CHENYINGAAA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/CHENYINGAAA-20250408181223786.pdf |
| Temu | ChicWave Cup | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/ChicWaveCup-20250411172535188.pdf |

| Platform | Seller Name | PDF Location |
|---|---|---|
| Temu | ChicWave Cup | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/ChicWaveCup-20250411172717690.pdf |
| Temu | CHOUU | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/CHOUU-20250411173336909.pdf |
| Temu | CMSJ TRADE | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/CMSJTRADE-20250409204225030.pdf |
| AliExpress | Colorful Canvas Shop Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/ColorfulCanvasShopStore-20250411192539765.pdf |
| Temu | Colorful Fads | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/ColorfulFads-20250404173515790.pdf |
| Temu | Cool Tee Boutique | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/CoolTeeBoutique-20250410170607347.pdf |
| Temu | CooTeen | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/CooTeen-20250410170502148.pdf |
| Temu | Corals tiger | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Coralstiger-20250411175449867.pdf |
| Temu | Crazy Decorate | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/CrazyDecorate-20250408184219258.pdf |
| Temu | CT Poster | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/CTPoster-20250410171049167.pdf |
| Temu | Customized Trend hat Shop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/CustomizedTrendhatShop-20250408181035221.pdf |
| AliExpress | CYF Home 004 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/CYFHome004Store-20250410172044812.pdf |
| AliExpress | Da Hope Clothing Factory Store Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/DaHopeClothingFactoryStoreStore-20250407153722307.pdf |
| Temu | Dante fashion | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Dantefashion-20250404171617080.pdf |
| Temu | DARLEEN | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/DARLEEN-20250408175136762.pdf |
| Ebay | Dex and | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Dexand-20250404220746383.pdf |
| Temu | Distinct Custom Shop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/DistinctCustomShop-20250409201555177.pdf |
| AliExpress | DIYS126 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/DIYS126Store-20250407151336475.pdf |
| Temu | DLKOIJXC | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/DLKOIJXC-20250409203054594.pdf |
| Ebay | dong974 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/dong974-20250409192511309.pdf |
| Temu | Dream big clothing eight | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Dreambigclothingeight-20250404171107963.pdf |
| Temu | Dreamy Blankets | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/DreamyBlankets-20250407194952716.pdf |
| Ebay | dusileiyigua6 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/dusileiyigua6-20250409194012724.pdf |
| Temu | DYIQWJHB | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/DYIQWJHB-20250404174823876.pdf |
| Temu | E I G H T | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/EIGHT-20250404172304084.pdf |
| Temu | Essential trendy clothing | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Essentialtrendyclothing-20250408141739320.pdf |
| Temu | Fashion Apparel LLC | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/FashionApparelLLC-20250404171841580.pdf |
| Temu | Fashionable trendsetter clothing | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Fashionabletrendsetterclothing-20250408175732702.pdf |
| Temu | Fashionbest | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/Fashionbest-20250409204739109.pdf |
| Temu | Fashionn Hat | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/FashionnHat-20250409201500895.pdf |
| Temu | FIIICDFB | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/FIIICDFB-20250410134541841.pdf |
| Temu | FIIICDFB | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/FIIICDFB-20250411175730609.pdf |
| AliExpress | Four Five-159 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/FourFive159Store-20250407152737884.pdf |
| Temu | FXPH | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/FXPH-20250408140103421.pdf |
| Temu | Gear Garment | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/GearGarment-20250410133449002.pdf |
| Temu | GLEC | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/GLEC-20250409202008937.pdf |
| Temu | GNN FASHION | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/GNNFASHION-20250408140440461.pdf |
| Temu | great poster | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/greatposter-20250404174045994.pdf |
| Alibaba | Guangzhou Fuyue Qianchao Trade Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/GuangzhouFuyueQianchaoTradeCoLtd-20250407133505589.pdf |
| Ebay | Guifu Toy Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/GuifuToyStore-20250409192621747.pdf |

Exhibit B - Screenshot URLs

| Platform | Seller Name | PDF Location |
|---|---|---|
| Temu | Gunot DIY | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/GunotDIY-20250404171215918.pdf |
| Temu | hahahai | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/hahahai-20250408183205381.pdf |
| Ebay | hanhan889 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/hanhan889-20250409193731003.pdf |
| AliExpress | Happy Art Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/HappyArtStore-20250410131834610.pdf |
| Temu | Happy Canvas | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/HappyCanvas-202504081836 31899.pdf |
| Ebay | happy-hour0 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/happyhour0-20250404220513664.pdf |
| AliExpress | Haus Der Kunst Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/HausDerKunstStore-20250409195906239.pdf |
| Temu | HDJFFF | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/HDJFFF-20250409202952812.pdf |
| AliExpress | HEIKA ALILI QTPC13 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/HEIKAALILIQTPC13Store-20250409200753059.pdf |
| Temu | Hershuing | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Hershuing-20250404175633700.pdf |
| Temu | HGH Fashion Department | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/HGHFashionDepartment-20250408182511126.pdf |
| Temu | HGUJHUYPP | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/HGUJHUYPP-20250408141533121.pdf |
| AliExpress | Home Art Window Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/HomeArtWindowStore-20250407150746386.pdf |
| AliExpress | Home Art Window Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/HomeArtWindowStore-20250409200914956.pdf |
| Temu | HS LZ FUNNY | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/HSLZFUNNY-20250404174706000.pdf |
| Temu | HYXASDFF | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/HYXASDFF-20250404171951521.pdf |
| Temu | IAEFJI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/IAEFJI-20250410135028919.pdf |
| Temu | ibsstyle | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/ibsstyle-20250404173954411.pdf |
| Temu | jflasfdshlkhkjhafjhkahfafjfhklajhfjlhfkljs | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/jflasfdshlkhkjhafjhkahfafjfhklajhfjlhfkljs-20250408181456340.pdf |
| Alibaba | Jiujiang Muya Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/JiujiangMuyaCraftsCoLtd-20250408214245931.pdf |
| Temu | JJJ Menswear | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/JJJMenswear-20250408141845863.pdf |
| Temu | JUNHUANYI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/JUNHUANYI-20250404175259199.pdf |
| Temu | JUNMEINI | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/JUNMEINI-20250410134729621.pdf |
| Temu | kyra picture | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/kyrapicture-20250410134419559.pdf |
| Temu | LAYY Wall Art | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/LAYYWallArt-20250409203218732.pdf |
| Temu | Leading Creativity | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/LeadingCreativity-20250404174620377.pdf |
| Temu | LIN ART ROOM | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/LINARTROOM-20250410170729808.pdf |
| Temu | LINSHAN C | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/LINSHANC-20250410141156956.pdf |
| Temu | lion WANG | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/lionWANG-20250408180458224.pdf |
| AliExpress | Live ustory Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/LiveustoryStore-20250410131728913.pdf |
| Temu | lkyysh wholesale goods | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/lkyyshwholesalegoods-20250411172845451.pdf |
| Temu | LQHAAMN | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/LQHAAMN-20250404174340834.pdf |
| Temu | Lucky Colorful Dawn | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/LuckyColorfulDawn-20250410170412385.pdf |
| AliExpress | LuckyGain 999 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/LuckyGain999Store-20250407152028058.pdf |
| Temu | lunabearsgear | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/lunabearsgear-20250408182122502.pdf |
| AliExpress | Luokiqi Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/LuokiqiStore-20250409200537243.pdf |
| Alibaba | Luquan Aizhou E-Commerce Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/LuquanAizhouECommerceStore-20250407141744087.pdf |
| Temu | LZQYOLO | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/LZQYOLO-20250411174533929.pdf |
| Temu | Make people happy | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Makepeoplehappy-20250408183916521.pdf |
| Temu | Mens wardrobe four | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Menswardrobefour-20250404175209778.pdf |

Exhibit B - Screenshot URLs

| Platform | Seller Name | PDF Location |
|---|---|---|
| Temu | Min Jiuding F | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/MinJiudingF-20250404172634303.pdf |
| Temu | Minjiuding J | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/MinjiudingJ-20250404172201201.pdf |
| Temu | Modern Closets | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/ModernClosets-20250407195304514.pdf |
| Temu | mountainhill | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/mountainhill-20250411174306770.pdf |
| Temu | Mukerui | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Mukerui-20250410135429244.pdf |
| AliExpress | Music Wardrobe Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/MusicWardrobeStore-20250407160016187.pdf |
| Temu | Mystical Treasure Local | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/MysticalTreasureLocal-20250410134120221.pdf |
| Alibaba | Nanning Aisy Import And Export Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/NanningAisyImportAndExportCoLtd-20250408213327362.pdf |
| Temu | NCREEA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/NCREEA-20250409203655531.pdf |
| Temu | NENGBOA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/NENGBOA-20250408141343400.pdf |
| Temu | Nestoria | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Nestoria-20250404180736279.pdf |
| Alibaba | Ningbo Hepburn Arts And Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/NingboHepburnArtsAndCraftsCoLtd-20250407135109736.pdf |
| Temu | NoDiDi | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/NoDiDi-20250408182400403.pdf |
| Temu | Oil painting Xiao Wang | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/OilpaintingXiaoWang-20250404172409724.pdf |
| Temu | PINGWEIER | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/PINGWEIER-20250410171246868.pdf |
| Temu | Printifyt shirt | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Printifytshirt-20250411175544489.pdf |
| Temu | Puswear | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Puswear-20250404172453723.pdf |
| AliExpress | Quadruple Wage Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/QuadrupleWageStore-20250404152154289.pdf |
| Temu | QUEJINYU | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/QUEJINYU-20250409202759273.pdf |
| Temu | Rebecca Poster Art House | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/RebeccaPosterArtHouse-20250408183346483.pdf |
| AliExpress | REN-Displate Metal Poster Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/RENDisplateMetalPosterStore-20250407150955926.pdf |
| AliExpress | Rosy7（lnst.） Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Rosy7lnstStore-20250404145516289.pdf |
| AliExpress | Ruicai Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/RuicaiStore-20250404152452957.pdf |
| Temu | Shang Yun Lai | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/ShangYunLai-20250411193559482.pdf |
| AliExpress | Shiny Fish Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/ShinyFishStore-20250409200404680.pdf |
| AliExpress | Shop5244223 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop5244223Store-20250407160846951.pdf |
| AliExpress | Shop5259129 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop5259129Store-20250410171548212.pdf |
| AliExpress | Shop1102419444 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Shop1102419444Store-20250411171421778.pdf |
| AliExpress | Shop1103471283 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Shop1103471283Store-20250404145713511.pdf |
| AliExpress | Shop1103676120 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1103676120Store-20250407153853086.pdf |
| AliExpress | Shop1103705150 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1103705150Store-20250407152417962.pdf |
| AliExpress | Shop1103784212 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1103784212Store-20250407155418752.pdf |
| AliExpress | Shop1103858077 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1103858077Store-20250407153419387.pdf |
| AliExpress | Shop1103874220 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1103874220Store-20250410132614888.pdf |
| AliExpress | Shop1103996613 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1103996613Store-20250407160450687.pdf |
| AliExpress | Shop1103996917 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Shop1103996917Store-20250411192924522.pdf |
| AliExpress | Shop1104036695 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1104036695Store-20250410132757824.pdf |
| AliExpress | Shop1104053983 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/Shop1104053983Store-20250411193346582.pdf |
| AliExpress | Shop1104071624 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1104071624Store-20250410132959224.pdf |
| AliExpress | Shop1104071624 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1104071624Store-20250410171631969.pdf |

Exhibit B - Screenshot URLs

| Platform | Seller Name | PDF Location |
|---|---|---|
| AliExpress | Shop1104086649 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104086649Store-20250407160202769.pdf |
| AliExpress | Shop1104113394 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104113394Store-20250407153609288.pdf |
| AliExpress | Shop1104119758 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1104119758Store-20250410131554274.pdf |
| AliExpress | Shop1104143287 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Shop1104143287Store-20250404151548784.pdf |
| AliExpress | Shop1104211807 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Shop1104211807Store-20250404150032050.pdf |
| AliExpress | Shop1104273785 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104273785Store-20250407153934906.pdf |
| AliExpress | Shop1104353192 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104353192Store-20250407152533282.pdf |
| AliExpress | Shop1104405696 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104405696Store-20250407154931430.pdf |
| AliExpress | Shop1104631768 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104631768Store-20250407152858927.pdf |
| AliExpress | Shop1104653609 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104653609Store-20250407150534001.pdf |
| AliExpress | Shop1104657645 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Shop1104657645Store-20250410172146493.pdf |
| AliExpress | Shop1104661074 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104661074Store-20250407154314904.pdf |
| AliExpress | Shop1104682344 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104682344Store-20250407150637165.pdf |
| AliExpress | Shop1104697292 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/Shop1104697292Store-20250407151527382.pdf |
| Alibaba | Sichuan Chendang Technology Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/SichuanChendangTechnologyCoLtd-20250404144924644.pdf |
| Temu | Slight colds | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/Slightcolds-20250409202115095.pdf |
| Temu | Snazzy Stash | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/SnazzyStash-20250404172109322.pdf |
| Temu | Star Printful | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/StarPrintful-20250411175951453.pdf |
| Temu | SuperBackdrop | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/SuperBackdrop-20250408183824901.pdf |
| AliExpress | Swan Dream Art Canvas Painting Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/SwanDreamArtCanvasPaintingStore-20250404152305732.pdf |
| AliExpress | SXiaoyna Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/SXiaoynaStore-20250404145910893.pdf |
| AliExpress | T-10 Lin050 Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/T10Lin050Store-20250407155505328.pdf |
| AliExpress | TEES HOLIC Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/TEESHOLICStore-20250411193217622.pdf |
| Temu | Tempered under sunlight | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/Temperedundersunlight-20250409201801456.pdf |
| Temu | TEN SHIRT | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/TENSHIRT-20250407194715615.pdf |
| AliExpress | Tengxu Animation Toy Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/TengxuAnimationToyStore-20250407154740506.pdf |
| Temu | The Stylish Mens Wardrobe | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/TheStylishMensWardrobe-20250404173756336.pdf |
| Temu | Three male lions | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Threemalelions-20250410134901118.pdf |
| Temu | TomiK | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/TomiK-20250411173909852.pdf |
| Temu | Txueone | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/Txueone-20250408135946061.pdf |
| Temu | U Money comes from the old shopkeeper | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/UMoneycomesfromtheoldshopkeeper-20250408180906483.pdf |
| Ebay | uduannus | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/uduannus-20250409191905353.pdf |
| AliExpress | USET Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/USETStore-20250408213139167.pdf |
| AliExpress | UUSTEE Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/UUSTEEStore-20250404150228075.pdf |
| Temu | VERDANTIA ZENITHFLOWLUMIVISTA | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/VERDANTIAZENITHFLOWLUMIVISTA-20250409202225400.pdf |
| AliExpress | Warm Day Art Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/WarmDayArtStore-20250410171849330.pdf |
| Temu | WH WALL ART | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/WHWALLART-20250409203518352.pdf |
| Temu | Wild lvy FemmeVogue | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/WildlvyFemmeVogue-20250409202420373.pdf |
| Temu | Wilson Decor | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/WilsonDecor-20250408183030840.pdf |
| Temu | Winters Solstice | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/WintersSolstice-20250404175445441.pdf |

Exhibit B - Screenshot URLs

| Platform | Seller Name | PDF Location |
|---|---|---|
| Temu | WonderfulALL | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/WonderfulALL-20250404174438701.pdf |
| Temu | XAZV ART | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/XAZVART-20250408184805385.pdf |
| Temu | XCHMall | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/XCHMall-20250408184447338.pdf |
| Temu | XMMHK | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/XMMHK-20250404175744801.pdf |
| Temu | XMMHK | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/XMMHK-20250408142223244.pdf |
| Temu | XY Apparel | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/XYApparel-20250410135341219.pdf |
| AliExpress | Y3M MONEY Store | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/Y3MMONEYStore-20250404150610310.pdf |
| Temu | Yaaaang Jiannnn Meeeei | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/YaaaangJiannnnMeeeei-20250410141017092.pdf |
| Temu | Yi Mawei DIY | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/YiMaweiDIY-20250410140844770.pdf |
| Ebay | yingjun515 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250409/yingjun515-20250409191018349.pdf |
| Alibaba | Yiwu Jing Lan Art & Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/YiwuJingLanArtCraftsCoLtd-20250404144113205.pdf |
| Alibaba | Yiwu Jing Lan Art & Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/YiwuJingLanArtCraftsCoLtd-20250407141354219.pdf |
| Alibaba | Yiwu Rui Painting Crafts Co., Ltd. | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250407/YiwuRuiPaintingCraftsCoLtd-20250407142158951.pdf |
| Ebay | you18755you1 | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250404/you18755you1-20250404220608484.pdf |
| Temu | YXYM fashion | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/YXYMfashion-20250411175310850.pdf |
| Walmart | yzmerkj | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250411/yzmerkj-20250411144356034.pdf |
| Temu | Zhanguod | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/Zhanguod-20250410133609981.pdf |
| Temu | ZZJQ Art SHOP | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250410/ZZJQArtSHOP-20250410171144985.pdf |
| Temu | ZZRBNVV | https://sladlaw-evidence-pdf.s3.amazonaws.com/20250408/ZZRBNVV-20250408180725624.pdf |