**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MUHAMMAD ALI ENTERPRISES LLC,** | |
| *Plaintiff*, | **SEALED** |
| v. | |
| **235 TipTop Store, *et al.,*** | Civil Action No. 1:25-cv-2140-SDG |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Muhammad Ali Enterprises LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendant without prejudice, with each party to bear its own attorneys' fees and costs:

1. Ah Le Clothes Shop Three;

2. Dante fashion;

3. HS LZ FUNNY;

4. lunabearsgear; and

5. Mukerui.

Dated: May 18, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

*Attorneys for Plaintiff*