**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

MUHAMMAD ALI ENTERPRISES LLC,
   Plaintiff,

            v.

235 TIPTOP STORE, *et al.*,
   Defendants.

Civil Action No.
1:25-cv-02140-SDG

## <u>ORDER</u>

This matter is before the Court on Plaintiff's request for a preliminary injunction. The Court previously entered a temporary restraining order (TRO) against all Defendants on April 24, 2025,[1] and authorized Plaintiff to serve Defendants by electronic means.[2] In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to show good cause why a preliminary injunction should not issue.[3] Despite having been electronically served and given notice of the hearing,[4] no Defendants appeared. As a result, Defendants have failed to show good cause why a preliminary injunction should not issue. The Court finds that Plaintiff has established the following:

---

[1]   ECF 13.

[2]   ECF 12

[3]   ECF 13.

[4]   ECF 18.

1

1. It has a substantial likelihood of success on the merits of its trademark counterfeiting and infringement claims given that

   a. It owns valid and enforceable federal trademark registrations for its marks;

   b. The counterfeit and infringing products advertised and offered for sale by Defendants are neither genuine nor authorized by Plaintiff;

   c. Defendants are using marks that are either colorable imitations of or substantially indistinguishable from Plaintiff's marks, in commerce, in connection with the advertising, offering for sale, or sale of counterfeit and infringing products; and

   d. Defendants' use of Plaintiff's marks is likely to cause consumer confusion, mistake, or deception as to the source or origin of the counterfeit and infringing products.

2. Plaintiff will suffer irreparable harm if an injunction does not issue. *See* 15 U.S.C. § 1116(a) (entitling the plaintiff to "a rebuttable presumption of irreparable harm . . . upon a finding of likelihood of success on the merits"). Moreover, the continued sale of counterfeit and infringing products threatens Plaintiff with the loss of its reputation and of consumer goodwill.

3.     The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiff's reputation and goodwill absent an injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

4.     The requested injunction would serve the public interest. Avoidance of consumer confusion is in the public interest, particularly when consumers are being misled as to the quality, source, and composition of counterfeit and infringing products.

Plaintiff has established that a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Plaintiff's motion for a preliminary injunction is accordingly **GRANTED** as to all Defendants listed in Exhibit A, as follows.

1.     For the duration of this action, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ORDERED to cease and refrain from

a.     manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any counterfeit and infringing products;

b.  manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing Plaintiff's marks, or any confusingly similar trademarks, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c.  destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any counterfeit and infringing products;

d.  using Plaintiff's Marks, or any confusingly similar trademarks, on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace;

e.  any and all use of Plaintiff's marks, or any confusingly similar trademarks, as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves

to direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any marketplace; and

f. altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace.

2. For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of counterfeit and infringing products through its virtual storefronts located on the online marketplaces.

3. For the duration of this action, all Financial Institutions[5] that receive notice of this Order shall continue to attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds or holding accounts being held, maintained, or located exclusively within the United States.

---

[5] "Financial Institution" is defined in Plaintiff's brief in support of its motion for a TRO. ECF 7-2, at 6.

4. No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or online marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court.

5. For the duration of this action and upon receipt of actual notice of this Order, each online marketplace on which a Defendant maintains a virtual storefront or account shall continue to freeze all funds held or received by the marketplace for any Defendant's benefit and disable each Defendant's virtual storefronts on the marketplaces and any accounts associated with each Defendant and cease providing any services to Defendants.

6. Plaintiff may notify the marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail.

7. This Order shall remain in effect for the duration of this action and until such time as a final judgment is entered.

8. This Order shall apply to Defendants, their associated virtual storefronts on the marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants for the purpose of advertising, offering for sale, and selling any counterfeit

and infringing products at issue in this action or unfairly competing with Plaintiff.

The Court's TRO [ECF 13] is dissolved and is replaced by the preliminary injunction Order which is hereafter in effect.

**SO ORDERED** this 23rd day of May, 2025.

_____
Steven D. Grimberg
United States District Judge

**EXHIBIT A**

| |
|---|
| 235 TipTop Store |
| A flower for men |
| ABKIQJXB |
| abodejoy |
| Adore Happy |
| Ageunitywear |
| AHRAN INDUSTRIES |
| AKJHVDJE |
| Ali MEIMEI Store |
| ALIEX PREESS B119 Store |
| AlllllllllllIIIIIIIIIIIIIIIIIIllllllllllllIIIIIIIIIIII |
| AlllllllllllIIIIIIIIIIIIIIIIIIllllllllllllllIIIIIIIII |
| Ant Creative |
| Ao Figure Store |
| Artful pbn ART |
| ASDDSASA |
| AttireAlchemy |
| AZMUOUTOP |
| Babaite Simple Case 308 Store |
| Babite |
| Badxiaodian |
| Bathing Bear Store |
| BBBBWanxin |
| Bfqiushunlaibaihuo |
| BNNV2 Store |
| Boutique Clothing SB1 Store |
| Build the World-y |
| C910418'shop |
| Captain STUDlO |
| CH Tshirt |
| championshipringshop |
| changy62 |
| chenaihua |
| CHENYINGAAA |
| ChicWave Cup |
| CHOUU |

8

| |
|---|
| CMSJ TRADE |
| Colorful Canvas Shop Store |
| Colorful Fads |
| Cool Tee Boutique |
| CooTeen |
| Corals tiger |
| Crazy Decorate |
| CT Poster |
| Customized Trend hat Shop |
| CYF Home 004 Store |
| Da Hope Clothing Factory Store Store |
| DARLEEN |
| Dex and |
| Distinct Custom Shop |
| DIYS126 Store |
| DLKOIJXC |
| dong974 |
| Dream big clothing eight |
| Dreamy Blankets |
| dusileiyigua6 |
| DYIQWJHB |
| E I G H T |
| Essential trendy clothing |
| Fashion Apparel LLC |
| Fashionable trendsetter clothing |
| Fashionbest |
| Fashionn Hat |
| FIIICDFB |
| Four Five-159 Store |
| FXPH |
| Gear Garment |
| GLEC |
| GNN FASHION |
| great poster |
| Guangzhou Fuyue Qianchao Trade Co., Ltd. |
| Guifu Toy Store |
| Gunot DIY |

| |
|---|
| hahahai |
| hanhan889 |
| Happy Art Store |
| Happy Canvas |
| happy-hour0 |
| Haus Der Kunst Store |
| HDJFFF |
| HEIKA ALILI QTPC13 Store |
| Hershuing |
| HGH Fashion Department |
| HGUJHUYPP |
| Home Art Window Store |
| HYXASDFF |
| IAEFJI |
| ibsstyle |
| jflasfdshlkhkjhafjhkahfafjfhklajhfjlhfkljs |
| Jiujiang Muya Crafts Co., Ltd. |
| JJJ Menswear |
| JUNHUANYI |
| JUNMEINI |
| kyra picture |
| LAYY Wall Art |
| Leading Creativity |
| LIN ART ROOM |
| LINSHAN C |
| lion WANG |
| Live ustory Store |
| lkyysh wholesale goods |
| LQHAAMN |
| Lucky Colorful Dawn |
| LuckyGain 999 Store |
| Luokiqi Store |
| Luquan Aizhou E-Commerce Store |
| LZQYOLO |
| Make people happy |
| Mens wardrobe four |
| Min Jiuding F |
| Minjiuding J |

| |
|---|
| Modern Closets |
| mountainhill |
| Music Wardrobe Store |
| Mystical Treasure Local |
| Nanning Aisy Import And Export Co., Ltd. |
| NCREEA |
| NENGBOA |
| Nestoria |
| Ningbo Hepburn Arts And Crafts Co., Ltd. |
| NoDiDi |
| Oil painting Xiao Wang |
| PINGWEIER |
| Printifyt shirt |
| Puswear |
| Quadruple Wage Store |
| QUEJINYU |
| Rebecca Poster Art House |
| REN-Displate Metal Poster Store |
| Rosy7（lnst.）Store |
| Ruicai Store |
| Shang Yun Lai |
| Shiny Fish Store |
| Shop5244223 Store |
| Shop5259129 Store |
| Shop1102419444 Store |
| Shop1103471283 Store |
| Shop1103676120 Store |
| Shop1103705150 Store |
| Shop1103784212 Store |
| Shop1103858077 Store |
| Shop1103874220 Store |
| Shop1103996613 Store |
| Shop1103996917 Store |
| Shop1104036695 Store |
| Shop1104053983 Store |
| Shop1104071624 Store |

| |
|---|
| Shop1104086649 Store |
| Shop1104113394 Store |
| Shop1104119758 Store |
| Shop1104143287 Store |
| Shop1104211807 Store |
| Shop1104273785 Store |
| Shop1104353192 Store |
| Shop1104405696 Store |
| Shop1104631768 Store |
| Shop1104653609 Store |
| Shop1104657645 Store |
| Shop1104661074 Store |
| Shop1104682344 Store |
| Shop1104697292 Store |
| Sichuan Chendang Technology Co., Ltd. |
| Slight colds |
| Snazzy Stash |
| Star Printful |
| SuperBackdrop |
| Swan Dream Art Canvas Painting Store |
| SXiaoyna Store |
| T-10 Lin050 Store |
| TEES HOLIC Store |
| Tempered under sunlight |
| TEN SHIRT |
| Tengxu Animation Toy Store |
| The Stylish Mens Wardrobe |
| Three male lions |
| TomiK |
| Txueone |
| U Money comes from the old shopkeeper |
| uduannus |
| USET Store |
| UUSTEE Store |
| VERDANTIA ZENITHFLOWLUMIVISTA |

| |
|---|
| Warm Day Art Store |
| WH WALL ART |
| Wild lvy FemmeVogue |
| Wilson Decor |
| Winters Solstice |
| WonderfulALL |
| XAZV ART |
| XCHMall |
| XMMHK |
| XY Apparel |
| Y3M MONEY Store |
| Yaaaang Jiannnn Meeeei |
| yingjun515 |
| Yiwu Jing Lan Art & Crafts Co., Ltd. |
| Yiwu Rui Painting Crafts Co., Ltd. |
| you18755you1 |
| YXYM fashion |
| yzmerkj |
| Zhanguod |
| ZZJQ Art SHOP |
| ZZRBNVV |