# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **MUHAMMAD ALI ENTERPRISES LLC,**  *Plaintiff*, v. **235 TipTop Store,** *et al.,*  *Defendants*. | Case No.: 1:25-cv-2140-SDG |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Muhammad Ali Enterprises LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. abodejoy;
2. CooTeen; and
3. YXYM fashion.

Dated: June 20, 2025.

        Respectfully submitted,
        THE SLADKUS LAW GROUP

        *s/ Carrie A. Hanlon*
        Carrie A. Hanlon
        Ga. Bar No. 289725
        E-mail: carrie@sladlaw.com

Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

***Attorneys for Plaintiff***