**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **MUHAMMAD ALI ENTERPRISES LLC,** | |
| *Plaintiff,* | |
| v. | Case No.: 1:25-cv-2140-SDG |
| **235 TipTop Store,** *et al.,* | |
| *Defendants.* | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Muhammad Ali Enterprises LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the below Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. Badxiaodian;

2. CT Poster;

3. DLKOIJXC;

4. JUNHUANYI;

5. JUNMEINI;

6. Snazzy Stash; and

7. The Stylish Mens Wardrobe.

1

Dated: June 27, 2025.

Respectfully submitted,
THE SLADKUS LAW GROUP

*s/ Carrie A. Hanlon*
Carrie A. Hanlon
Ga. Bar No. 289725
E-mail: carrie@sladlaw.com
Jason H. Cooper
Ga. Bar No. 778884
E-mail: jason@sladlaw.com

1397 Carroll Drive
Atlanta, Georgia 30318
Telephone: (404) 252-0900
Facsimile: (404) 252-0970

**Attorneys for Plaintiff**